# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2011

142284

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LASHANDA WALKER, as Next Friend of
Christopher Evans, a Minor,
    Plaintiff-Appellee,

v

                 SC: 142284
                 COA: 291507
                 Jackson CC: 08-002168-NO

DAN GRIBBLE,
    Defendant-Appellant.
_____/

   On order of the Court, the application for leave to appeal the November 4, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

   HATHAWAY, J., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2011

Clerk

t0413